582

PER CURIAM.

(No. 75-CC-693—)

MOTOROLA, INC., Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed May 13, 1975.*

MOTOROLA, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J.
KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-700—)

FAMILY SERVICE WINNETKA-NORTHFIELD, Claimant, *vs.* STATE
OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY
SERVICES, Respondent.

*Opinion filed May 13, 1975.*

FAMILY SERVICE WINNETKA-NORTHFIELD, Claimant,
pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J.
KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.